IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CAROLYN RUIZ                                                                                    CASE NO. 19-20404-RAM
                                                                                                              CHAPTER 13

        Debtor.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

    Creditor, Capital One Auto Finance, a division of Capital One, N.A., objects to confirmation and states:

1. Creditor is the lienholder on the title to the following vehicle:

        2013 Toyota Camry Sedan 4D LE I4
        VIN: 4T1BF1FK9DU293462 ("Vehicle").

2. Creditor filed Proof of Claim 1-1 in the total amount of $13,432.81.

3. Debtor's Plan proposes to value Creditor's secured claim on the Vehicle to $7,000.00, pursuant to 11 U.S.C. §506.

4. Creditor believes the replacement value of the Vehicle is higher than stated in the Plan.

5. Specifically, Creditor believes the replacement value of the Vehicle, as of the date of filing, is $10,600.00, pursuant to the NADA record attached hereto as Exhibit "A" and the Court's reasoning in *In re Hauser*, 405 BR 684 (Bankr. S.D. Fla. 2009) (Olson, J.) and *In re Ortiz*, 2007 WL 1176019 (Bankr. S.D. Fla. 2007) (Ray, J.).

6. Notwithstanding the above, if an agreement cannot be reached amicably between the parties as to the value of the Vehicle after the Debtor files the appropriate motion, Creditor will conduct an appraisal of the Vehicle prior to an evidentiary hearing on said motion.

**WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

>/s/ Gavin N. Stewart
>Gavin N. Stewart, Esquire
>Florida Bar Number 52899
>P.O. Box 5703
>Clearwater, FL 33758
>P: (727) 565-2653
>F: (727) 213-9022
>E: bk@stewartlegalgroup.com
>Counsel for Creditor

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via CM/ECF notice and first-class mail to the parties below this 26th day of August, 2019.

>/s/ Gavin N. Stewart
>Gavin N. Stewart, Esquire

**VIA FIRST-CLASS MAIL**
Carolyn Ruiz
17610 NW 43rd Road
Miami Gardens, FL 33055-3720

**VIA CM/ECF NOTICE**
Robert Sanchez, Esq.
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130